IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REISH CARL ELLIS,

      Petitioner,                    No. CIV S-06-0767 MCE EFB P

      vs.

DAVID L. RUNNELS,

      Respondent.                FINDINGS AND RECOMMENDATIONS

                              /

      Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with an application for writ of habeas corpus pursuant to 28 U.S.C. §2254.

      On July 14, 2006, respondents moved to dismiss this action upon the ground that petitioner has failed to exhaust in state court all claims brought in his petition for writ of habeas corpus. On August 18, 2006, the court sent to petitioner a notice of Local Rule 78-230(m), informing petitioner that an opposition was due not more than 21 days after the date of the notice and that a failure to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. *See* Fed. R. Civ. P. 41(b). The 21 days have passed and petitioner has not filed an opposition or a statement of no opposition and has not otherwise responded to the August 18, 2006, order.

Accordingly, it is RECOMMENDED that this action be dismissed without prejudice. Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 1, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE