IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REISH CARL ELLIS,                          No. 2:06-cv-0767-MCE-EFB-P

      Petitioner,

  v.                                       ORDER

DAVID L. RUNNELS,

      Respondent.
_____/

    On November 2, 2006, the magistrate judge issued Findings and Recommendations recommending dismissal of this action due to Petitioner's failure to oppose Respondent's July 14, 2006, Motion to Dismiss.  Petitioner did not file objections and on December 18, 2006, the undersigned adopted the Findings and Recommendations.  The same day Judgment was entered, Plaintiff filed a Request for an Extension of Time within which to file objections to the Findings and Recommendations.

///

///

1

1     Good cause appearing, the December 18, 2006 Order will be
2 vacated and Plaintiff's Request for an Extension of Time to file
3 objections will be granted.
4     Accordingly, IT IS HEREBY ORDERED that:
5     1.  The December 18, 2006, Order adopting the Findings and
6 Recommendations and the Clerk's entry of Judgment are vacated.
7     2.  Plaintiff's December 18, 2006, Request for an Extension
8 of Time is granted.
9     3.  Plaintiff is granted thirty (30) days from the date this
10 Order is served within which to file objections to the Findings
11 and Recommendations.
12 Dated: January 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE