IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REISH CARL ELLIS,

    Petitioner,                    No. CIV S-06-0767 MCE EFB P

    vs.

DAVID L. RUNNELS, et al.,

    Respondents.                <u>ORDER</u>

                              /

      Petitioner is a prisoner seeking a writ of habeas corpus. *See* 28 U.S.C.§ 2254. On November 2, 2006, the court found that petitioner had not filed an opposition to respondent's July 14, 2006, motion to dismiss and recommended dismissal of the action without prejudice. On December 18, 2006, the district judge adopted those findings and recommendations and ordered the case closed. On December 18, 2006, petitioner filed a request for an extension of time in which to file belated objections to the findings and recommendations. On January 23, 2007, the district judge vacated the order adopting the findings and recommendations and granted petitioner's request for an enlargement of time within which to file objections.

      On February 6, 2007, petitioner filed objections. As of this date, petitioner has yet to file an opposition to respondent's motion to dismiss or responded in any way to the arguments contained therein.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Petitioner is granted an extension of time of 30 days from the date this order is served within which to file a pleading in response to respondent's motion to dismiss.

3     2. Failure to comply with this order will result in the renewed issuance of the court's November 2, 2006, findings and recommendations that this action be dismissed without prejudice.

Dated: October 25, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE