IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REISH CARL ELLIS,

     Petitioner,                   No. CIV S-06-0767 MCE EFB P

    vs.

DAVID L. RUNNELS, et al.,

     Respondents.               ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file a reply to petitioner's opposition to their motion to dismiss. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is ORDERED that respondents' December 10, 2007, request is granted and respondents have 20 days from the date this order is served to file their reply.

Dated: December 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE