IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REISH CARL ELLIS,

    Petitioner,                          No. CIV S-06-0767 MCE EFB P

    vs.

DAVID L. RUNNELS, et al.,

    Respondents.                        ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 27, 2008, petitioner generally requested an extension of time to file and serve objections to the February 15, 2008 findings and recommendations, recommending dismissal of the petition, denying petitioner's motion to stay and abey, and ordering petitioner to file an amended petition within 30 days. *See* Fed. R. Civ. P. 6(b). Petitioner filed an amended petition on February 19, 2008.

       In his request for an extension of time, petitioner states that he was transferred from Folsom State Prison to High Desert State Prison and, due to his recent transfer he is still in "orientation" and without his legal documents or access to the law library. The request does not explain what plaintiff has done thus far to draft and file objections or what the basis of any objections might be. Accordingly, the request for an extension of time is denied. However, if

1

1  petitioner can later demonstrate that he was, in fact, materially deprived by the transfer of the
2  fourteen days he otherwise would have been allowed to file objections, petitioner may seek relief
3  from this order upon a showing of good cause. In that regard, it is noted that the purpose of the
4  objection period is not for petitioner to file the brief in support of stay and abeyance in the first
5  instance. Rather, petitioner's opportunity to do was during the briefing schedule on that motion.
6      Accordingly, IT IS HEREBY ORDERED that petitioner's February 27, 2008, request for
7  extension of time is denied.

8  DATED: March 21, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2