IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REISH CARL ELLIS,  No. 2:06-cv-00767-MCE-EFB P

    Petitioner,

  vs.  ORDER

DAVID L. RUNNELS, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 15, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 15, 2008, are adopted in full; and

2. Respondents' July 14, 2006, motion to dismiss is granted;

3. Petitioner's November 28, 2007, motion for stay and abeyance is denied;

4. The petition is dismissed for failure to exhaust all claims presented; and

5. Petitioner is granted thirty days in which to file an amended petition containing only his first, exhausted claim.

Dated: March 27, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE